427 A.2d 1214

Commonwealth v. Little, Appellant.

* Judge Donald E. Wieand is sitting by special designation.

 Submitted June 12, 1978. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Judgment of sentence affirmed.

JACOBS, former P. J., did not participate in the consideration and decision of this case.